**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **FERNANDO HERNANDEZ,** | ) | NO. CV 19-2727-AB (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **WARREN L. MONTGOMERY,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 27, 2020           _____
                               ANDRE BIROTTE JR.
                               UNITED STATES DISTRICT JUDGE